IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 16-235 |
| GREGORY BROWN, JR. | [UNDER SEAL] |

## MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Shaun E. Sweeney, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant GREGORY BROWN, JR., upon the grounds that an Indictment has been returned in the above-captioned criminal case charging the defendant with Malicious Destruction of Property by Fire Resulting in Death, in violation of Title 18, United States Code, Section 844(i).

Recommended bond: Detention requested.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

By: /s/ Shaun Sweeney
SHAUN E. SWEENEY
Assistant U.S. Attorney
PA ID No. 53568

FILED
NOV 01 2016
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA