IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

GREGORY BROWN, JR.

Criminal No. 16-235

**[UNDER SEAL]**

O R D E R

AND NOW, to wit, this _1st_ day of _November_ 2016, upon consideration of the Motion for Arrest Warrant, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that an Arrest Warrant shall issue for the apprehension of defendant GREGORY BROWN, JR.

Bond shall be set by the United States Magistrate Judge.

UNITED STATES MAGISTRATE JUDGE

cc:  United States Attorney

**FILED**

NOV 0 1 2016

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA