IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                                      Criminal No. 16-235

GREGORY BROWN, JR.

MOTION TO UNSEAL INDICTMENT
AND ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and , Assistant United States Attorney for said District and, pursuant to Rules 6(e)(4) and 6(e)(6) of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order unsealing the indictment returned in this case and the Arrest Warrant issued pursuant to said indictment.  In further support of this Motion, the United States avers as follows:

1.      On November 1, 2016, an indictment was returned by the grand jury charging the above-named defendant with violating Title 18, United States Code, Section 844(i). An Arrest Warrant was issued pursuant to said indictment.

2.      On November 1, 2016, this Court issued an Order sealing the aforesaid indictment and Arrest Warrant, together with the Motion to Seal, until further Order of Court.

3.      On November 4, 2016, agents executed and lodged the Arrest Warrant as a detainer at the Allegheny County Jail where the defendant is currently being housed.

4.      Based upon the foregoing, the United States believes and therefore avers that it is in the interest of justice that the indictment returned in this case and Arrest Warrant issued thereby, now be unsealed.

WHEREFORE, the United States of America respectfully requests that this Court

issue an Order unsealing the indictment returned in this case and the Arrest Warrant issued

pursuant to the indictment.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

By: _____
SHAUN E. SWEENEY
Assistant U.S. Attorney
PA ID No. 53568