IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 2:16cr00235 |
| | ) | **Electronic Filing** |
| **GREGORY BROWN, JR.** | ) | |

## ORDER OF COURT

AND NOW, this 6th day of April, 2022,

IT IS HEREBY ORDERED that a counsel only status conference shall be held on **Thursday, April 14, 2022, at 1:00 PM** in Courtroom No. 7A, Seventh Floor, United States Courthouse, Pittsburgh, PA.

s/ DAVID STEWART CERCONE
David Stewart Cercone
United States District Judge

cc:  Shaun E. Sweeney, AUSA
Michael J. Novara, AFPD
David B. Fawcett, III, Esquire
Samantha L. Stern, AFPD

(*Via CM/ECF Electronic Mail*)